UNITED STATES DISTRICT COURT

For the Eastern District of Washington

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN - 6 2026

SEAN F. McAVOY, CLERK
YAKIMA, WASHINGTON

Hailey Davis

- Plaintiff

v.

Judy Kim

- Defendant

2:26-cv-00005-SAB

Index No.

Complaint

1. Upon information and belief, Defendant had ex parte communication with individual in 101014/2022,

2. Defendant conspired with individual in violation of due process,

3. This Court has jurisdiction under the federal law.

4. Plaintiff demands a trial of jury and with compensation of $1,000,000.

VERIFICATION

The undersigned declares under penalty of perjury that she is the plaintiff in the above action, that she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

Executed on: 1/1/26